UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-61079-CV–WILLIAMS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

JOSEPH J REPKO, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. In light of Plaintiff's Notice of Voluntary Dismissal (DE 33), the Court will not set a civil penalty to be assessed against Defendant Michael M. Cimino. As the Claims against the remaining Defendants, Joseph J. Repko (DE 16, DE 25) and Sure Trace Security Corp. (DE 27, DE 34) have been resolved, the Clerk is directed to **CLOSE** this case for administrative purposes. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this __ day of April, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record